# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HASSAN MOHAIDEEN,**
Appellant,

v.

**MEDMAL DIRECT INSURANCE COMPANY,**
Appellee.

No. 4D2023-0697

[February 1, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Scott R. Kerner, Judge; L.T. Case No. 502021CA007727XXXMB.

Stephen A. Marino, Alessia Rocha, and Maria L. Rubio of Ver Ploeg & Marino, P.A., Miami, for appellant.

Gary Khutorsky and Stephanie H. Carlton of Hinshaw & Culbertson, LLP, Fort Lauderdale, for appellee Medmal Direct Insurance Company.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***